IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:18CR259 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ANDREW HIYKEL, | |
| Defendant. | |

IT IS ORDERED that:

1. The Government's unopposed Motion to Continue (filing 35) is granted.

2. Defendant Andrew Hiykel's sentencing is continued to April 18, 2019, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 5th day of March, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge